IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| NICHOLE MORALES, | )   |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| USAA GENERAL INDEMNITY CO., | ) No. 3:23-cv-0237-HRH |
| Defendant. | ) |

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation for Dismissal*,[1] filed December 30, 2024, and Rule 41(a)(1)(B), Federal Rules of Civil Procedure, this case is dismissed in its entirety, with prejudice, including all claims and cross-claims asserted or which could have been asserted, with all sides to bear their own costs and attorney fees.

DATED at Anchorage, Alaska, this  31st  day of December, 2024.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 25.